| **Co. File #** | **Clock** | **Number** | | **Earnings Statement** |
|---|---|---|---|---|
| 7WH013571 | | 00370028 | | |

**Worked In Dept:** 410
**Home Dept:** 410

*Beulah Heights Univ.*

**Period End:** 09/15/2010
**Pay Date:** 09/15/2010

**Gil R Paiz**
**125 Thornberry Trail**
**Jackson, GA 30233**

| **Earnings** | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | | 2,185.50 |
| **Gross Pay** | | | | **2,185.50** |

| **Deductions** | **Statutory** | | | Amount |
|---|---|---|---|---|
| Social Security | | | | 135.50 |
| Medicare | | | | 31.69 |
| State Worked In: Georgia | GA | | | 40.47 |
| | **Other** | | | Amount |
| | X - Checking 1 | | | 1,977.84 |
| **Net Pay** | | | | **0.00** |

| **Memos** | Code | | | Amount |
|---|---|---|---|---|

**Earnings Statement** 

BEULAH HEIGHTS UNIVERSITY
892 BERNE STREET SE
ATLANTA, GA 30316

| | |
|---|---|
| Period Ending: | 10/15/2010 |
| Pay Date: | 10/15/2010 |

00000000028
**GIL R PAIZ**
**125 THORNBERRY TRAIL**
**JACKSON, GA 30233**

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA: 4

Social Security Number: XXX-XX-1270

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2185.50 | | 2,185.50 | 10,509.00 |
| **Gross Pay** | | | **$2,185.50** | 10,509.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.50 | 651.56 |
| | Medicare Tax | -31.69 | 152.38 |
| | GA State Income Tax | -40.47 | 82.12 |
| | **Other** | | |
| | Checking 1 | -1,977.84 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$2,185.50

©1998, 2006. ADP, Inc. All Rights Reserved.

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

BEULAH HEIGHTS UNIVERSITY
892 BERNE STREET SE
ATLANTA, GA 30316

| | |
|---|---|
| **Advice number:** | **00000410028** |
| Pay date: | 10/15/2010 |

Deposited to the account of
**GIL R PAIZ**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6717 | xxxx xxxx | $1,977.84 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK
VOID